

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

## MINUTE ORDER -COURTROOM HEARING

JUDGE : McBryde
LAW CLERK: Joseph Kessler
COURT REPORTER: Debbie Saenz
CSO: Ray Urban

Case No.: 4:18-CV-268-A
Parra et al v. All Ways Transport, Inc. et al.

Date Held: January 17, 2019     Time: 12:08 p.m. - 12:31 p.m. (23 minutes)

Plaintiffs' counsel: Christopher G. Lyster, Todd Michael Hurd

Counsel for defendants Roy Lester Douglas and Interstate Express, Inc.: Darrell G. Adkerson

Counsel for defendant All Ways Transport, Inc.: Page Pace Allen

=================================================================
Show Cause Hearing re failure to conduct settlement conference prior to submission of joint status report.
Plaintiffs, Alfonso Parra and Maria Parra, present.
Defendant Interstate Express, Inc. represented by Alexander Zhelezoglo, former president, and Jamie Lopez, claims supervisor (Qualitas Ins. Co.).
Defendant All Ways Transport, Inc. represented by Jeff Woodruff, claims supervisor (Parker & Assoc.).
Discussion of demands and offers.
Defendant Interstate Express, Inc. offered as exhibit the death certificate of defendant Roy Lester Douglas, marked as Defendants' Exhibit 1.
Parties not sanctioned for failing to comply with status report order.
Plaintiffs ordered to file by January 31, 2019, a plan of action in response to death of defendant Roy Lester Douglas.
Hearing concluded.