1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE NORTHERN DISTRICT OF TEXAS

3                   FORT WORTH DIVISION

4    ALFONSO PARRA AND MARIA PARRA,) CASE NO. 4:18-CV-268-A
                                   )
5              Plaintiff,          )
                                   ) FORT WORTH, TEXAS
6    VERSUS                        )
                                   ) JANUARY 17, 2019
7    ROY LESTER DOUGLAS, ALL WAYS  )
     TRANSPORT, INC., AND          )
8    INTERSTATE EXPRESS, INC.,     )
                                   )
9              Defendant.          ) 12:08 P.M.

10

11                      VOLUME 1 OF 1
            TRANSCRIPT OF SETTLEMENT CONFERENCE REPORT
12            BEFORE THE HONORABLE JOHN McBRYDE
              UNITED STATES DISTRICT COURT JUDGE
13

14   A P P E A R A N C E S:

15   FOR THE PLAINTIFF:     MR. CHRISTOPHER G. LYSTER
                            Puls Haney, PLLC
16                          301 Commerce Street, Suite 2900
                            Fort Worth, Texas  76102
17                          Telephone:  817.338.1717

18                          MR. TODD MICHAEL HURD
                            Todd Hurd & Associates
19                          P.O. Box 1741
                            Burleson, Texas  76097
20                          Telephone:  817.426.4529

21   FOR THE DEFENDANT:     MS. PAIGE P. ALLEN
     All Ways Transport     10440 N. Central Expwy, Suite 1450
22                          Dallas, Texas  75231
                            Telephone:  214.217.5020

23

24

25

```
1   FOR THE DEFENDANT:       MR. DARRELL G. ADKERSON
    Roy Lester Douglas       Adkerson Hauder & Bezney, PC
2   and Interstate Express   1700 Pacific Avenue, Suite 4450
                             Dallas, Texas  75201
3                            Telephone:  214.740.2504

4   COURT REPORTER:          MS. DEBRA G. SAENZ, CSR, RMR, CRR
                             501 W. 10th Street, Room 424
5                            Fort Worth, Texas  76102
                             Telephone:  817.850.6661
6                            E-Mail:  Debbie.saenz@yahoo.com

7   ALSO PRESENT:            MR. ALFONSO PARRA AND MS. MARIA PARRA
                             MR. JEFF WOODRUFF
8                            MR. ALEXANDER ZHELEZOGLO
                             MR. JAIME LOPEZ

9

10  Proceedings reported by mechanical stenography, transcript

11  produced by computer.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                        I N D E X

2    PROCEEDING                                    PAGE

3    Proceedings...................................  04

4    Reporter's Certificate........................  20

5    Word Index....................................  21

6

7              DEFENDANT'S EXHIBIT INDEX

8    NO.   DESCRIPTION                          ADMITTED

9    1     Roy Lester Douglas Death Certificate     07

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          **P R O C E E D I N G S**

2              January 17, 2019 – 12:08 p.m.

3          *COURT SECURITY OFFICER:*  All rise.

4              Hear ye, hear ye, hear ye, the United States

5   District Court for the Northern District of Texas at Fort

6   Worth is now in session, the Honorable John McBryde presiding.

7              Let us pray.  God bless the United States and this

8   Honorable Court.  Amen.

9              Please be seated.

10         *THE COURT:*  Good morning.

11         *ALL PRESENT:*  Morning.

12         *THE COURT:*  We're here for a hearing in Case Number

13   4:18-CV-268-A.  It's styled Alfonso Parra and Maria Parra,

14   plaintiffs, versus Roy Lester Douglas, All Ways Transport,

15   Inc., and Interstate Express, Inc.

16             It's a hearing that follows a conference between the

17   different parties and insurance companies for the defendants,

18   or representatives of those people.  They were to meet this

19   morning and discuss -- try to reach a settlement, and then

20   they were ordered to be in the courtroom at 11:55, if they

21   weren't able to, and at that time we were to discuss other

22   matters.

23             Let me be sure I understand who all is here.

24             I show that a Maria Parra is here.  Is that the

25   young lady at the end of the table?

```
1            MS. PARRA:  Yes, sir.

2            THE COURT:  Okay.  And then Alfonso Parra?  He's

3    holding his hand up.

4            And Todd Hurd is the attorney for the plaintiffs?

5            MR. HURD:  Yes, sir, Your Honor.

6            THE COURT:  Are you the lead attorney?

7            MR. LYSTER:  No, Your Honor.  I'm Christopher

8    Lyster.  I'm the lead attorney.

9            THE COURT:  Okay.  Very good.  Mr. Lyster is here.

10           And then I show Darrell Adkerson here as attorney

11   for defendant Roy Lester Douglas and Interstate Express, Inc.;

12   is that correct?

13           MR. ADKERSON:  That's correct, Your Honor.

14           THE COURT:  Okay.  And then the corporate

15   representative for Interstate Express, Inc. is Alexander --

16   and somebody will have to help me with the pronunciation of

17   his last name.

18           MR. ALEXANDER ZHELEZOGLO:  Zhelezoglo.

19           THE COURT:  Okay.  He's here as the corporate

20   representative.

21           What is your -- why don't you come up to the

22   microphone, so I can hear you better.

23           What is your position with Interstate Express?

24           MR. ALEXANDER ZHELEZOGLO:  I was the owner,

25   president.
```

```
1              THE COURT:  You're president?

2              MR. ALEXANDER ZHELEZOGLO:  Yeah.

3              MR. ADKERSON:  Was.

4              MR. ALEXANDER ZHELEZOGLO:  Yeah, I was the

5   president.

6              MR. ADKERSON:  He was.

7              MR. ALEXANDER ZHELEZOGLO:  I was the president.

8              THE COURT:  What are you now?

9              MR. ALEXANDER ZHELEZOGLO:  We closed the company and

10  I just --

11             THE COURT:  It's not in business anymore?

12             MR. ALEXANDER ZHELEZOGLO:  No.

13             THE COURT:  Okay.  Very good.  You can go back and

14  be seated.  Thank you for coming.

15             And then I show -- is it Jaime Lopez?

16             MR. JAIME LOPEZ:  Yes, sir.

17             THE COURT:  Is it Qualitas Insurance Company?

18             MR. JAIME LOPEZ:  Yes, sir.

19             THE COURT:  And your insurance company provides the

20  liability insurance to Interstate Express, Inc.?

21             MR. JAIME LOPEZ:  Yes, sir.

22             THE COURT:  And what is your position with Qualitas?

23             MR. JAIME LOPEZ:  Claims manager.

24             THE COURT:  Come up, so I can hear you better.

25             MR. JAIME LOPEZ:  Claims Branch Manager for the
```

1  Texas office.

2       THE COURT:  Branch manager?

3       MR. JAIME LOPEZ:  Yes, sir.

4       THE COURT:  Okay.  Thank you for being here.

5       And then I show Paige Allen is here for -- is it All

6  Ways Transport, Inc.?

7       MS. ALLEN:  That's correct, Your Honor.

8       THE COURT:  Okay.  And then let's see.

9       Where is -- where is Mr. Douglas?  Is he back in the

10  back?

11       MR. ADKERSON:  Your Honor, I have not filed this

12  with the court yet, but he passed away in March of 2017, and

13  we just learned this when we hired an investigator to find

14  him, and I have a copy of the death certificate.

15       THE COURT:  Okay.  Do you want to mark it as an

16  exhibit?

17       MR. ADKERSON:  Yes, sir.

18       THE COURT:  Okay.  Why don't you do that and offer

19  it as an exhibit.

20       You can be seated, Ms. Allen.

21       MS. ALLEN:  Thank you, Your Honor.

22       THE COURT:  Okay.  You're offering -- Mr. Adkerson,

23  you're offering Defendant's Exhibit 1, which is the death

24  certificate of Roy Lester Douglas; is that correct?

25       MR. ADKERSON:  Yes, Your Honor.

```
1              THE COURT:  Okay.  When did he pass away?

2              MR. ADKERSON:  March of 2017.

3              THE COURT:  Was he -- he was not alive when this

4    lawsuit was filed?

5              MR. ADKERSON:  No, Your Honor.

6              THE COURT:  Let me see if I can find the date on

7    here.

8              MR. ADKERSON:  March 28, there it is.

9              THE COURT:  March 28, 2017, I see that.  Well, I'm

10   sorry to hear that.

11             MR. ADKERSON:  Thank you, Your Honor.

12             THE COURT:  Ms. Allen, who is the corporate

13   representative for All Ways Transport, Inc.?

14             MS. ALLEN:  Your Honor, his name is Matthew

15   Sidloski.  I -- we were unaware of this lawsuit.  My client

16   was not advised -- or did not see the notice by publication,

17   but we were advised later, through the grapevine, through the

18   insurance grapevine, that this lawsuit was pending, so I was

19   retained this week.

20             I filed an answer yesterday.  I've just been in

21   touch with my client just -- yesterday was the first time I

22   had been able to reach him.  So, we were not parties to this

23   lawsuit.  We had not entered an appearance at the time that

24   the joint status report was done, so we were not at that

25   meeting, but in the -- actually, I contacted your law clerk
```

1  yesterday and advised him of these circumstances, but said

2  that my -- that I was coming to the meeting today and also the

3  insurance representative for the insurance company for All

4  Ways Transport.

5          *THE COURT:*  What's Matthew's last name?

6          *MS. ALLEN:*  It's Sidloski, S-I-D-L-O-S-K-I.

7          *THE COURT:*  And tell me again why he's not here.

8          *MS. ALLEN:*  Well, because he just learned of the

9  lawsuit yesterday, and I was not able to logistically get him

10  on a plane and get him here by today.

11          *THE COURT:*  Are y'all from California?

12          *MS. ALLEN:*  I'm not.  He is.

13          *THE COURT:*  He's from California?

14          *MS. ALLEN:*  Yes.

15          *THE COURT:*  Where are you from?

16          *MS. ALLEN:*  Dallas.

17          *THE COURT:*  Oh, okay.  And then I show that a Jeff

18  Woodruff is here as the insurance representative --

19          *MS. ALLEN:*  That's correct, Your Honor.

20          *THE COURT:*  -- for the company that insures All

21  Ways.

22          *MS. ALLEN:*  That's correct.

23          *THE COURT:*  Why don't you come up to the microphone,

24  so I can hear you better, and tell me what insurance company

25  you're with.

1          *MR. WOODRUFF:*  I'm with Parker Associates and that's

2     on behalf of Aegis Security Insurance Company.

3          *THE COURT:*  Okay.  And what is your position with

4     that company?

5          *MR. WOODRUFF:*  Litigation adjuster.

6          *THE COURT:*  Okay.  Okay.  And I take it -- you can

7     go back and be seated.  Thank you.

8          I take it, Mr. Lyster, that -- was a settlement

9     reached?

10         *MR. LYSTER:*  No, Your Honor, it was not.

11         *THE COURT:*  Did y'all get pretty close?

12         *MR. LYSTER:*  I don't believe we did, Your Honor.

13         *THE COURT:*  You didn't get close?

14         Why don't you come to the microphone without -- this

15    is on a jury docket, isn't it?

16         *MR. LYSTER:*  It is, Your Honor.

17         *THE COURT:*  Well, there's nothing wrong with me

18    knowing what the offers or counteroffers were.  Tell me what

19    all has happened this morning.

20         *MR. LYSTER:*  Your Honor, we -- let me give you a

21    little bit of background, if you will, about this

22    particular -- where you have an understanding in terms of

23    what's going on.

24         I represent Alfonso Parra.  He was traveling back

25    from Wichita Falls to his home in Fort Worth in February of

1    2016 when a tractor-trailer rig being driven by Roy Lester

2    Douglas, who is a driver for Interstate Express, blew through

3    a stop sign, hit Mr. Parra, rolled his little Ford Ranger

4    pickup about three or four times into a pasture and was pretty

5    severely injured.  He had -- ultimately, he ends up with a

6    significant shoulder injury, he had a concussion, and things

7    of that nature.

8              Where we started today in terms of a settlement

9    demand was at $1.4 million.  He has a pretty severe impairment

10   in terms of a mental issue as a result of this injury.  We've

11   had him evaluated by a neuropsychologist, who has indicated he

12   has a total brain injury and pretty significant injuries.  He

13   had shoulder separation, rotator cuff surgery as well to solve

14   that issue, and it's not really solved that.

15             As we continued through the settlement discussions

16   today, Your Honor, the response to the $1.4 million offer

17   from, I believe it was just the insurance carrier for

18   Mr. Douglas and Interstate Express, the initial offer was

19   $90,000.

20             We went back and forth, Your Honor, multiple times,

21   to the point where they came up to $150,000 in terms of

22   settlement, and the plaintiffs had come down to $1,280,000 in

23   terms of settlement.

24             So right now the parties are approximately, give or

25   take a little bit, $1.1 million or $1,130,000 apart in terms

1    of their views regarding settlement of this case at this time.

2                    THE COURT:  Was -- how does All Ways fit into this?

3                    MR. LYSTER:  All Ways -- All Ways -- we're not

4    exactly sure yet.  They were listed -- they are obviously

5    listed on the accident report.

6                    It's our understanding -- somewhat limited, we need

7    to do some additional discovery -- is they owned the trailer

8    that was being pulled by the tractor for Interstate Express.

9    I don't know much more beyond that in terms of what kind of

10   contractual relationship they may have, but we're in the

11   process of sorting that out.

12                   When we filed the lawsuit --

13                   THE COURT:  Well, Ms. Allen's standing like she's

14   anxious to tell us.

15                   MR. LYSTER:  She may very well do that, Your Honor.

16                   THE COURT:  Okay.  Well, let's hear from her.

17                   MS. ALLEN:  Thank you, Your Honor.

18                   Actually, I was just standing because I thought that

19   I might be helpful in this regard.

20                   THE COURT:  Well, we want help, if we can get it.

21                   MS. ALLEN:  Thank you.

22                   I don't know very much more than that, but I do

23   know -- it's my understanding that that is all the involvement

24   that All Ways Transport had is that it owned the trailer, and

25   it was being used by Interstate Express, who was the one, in

1   my understanding, who hired Mr. Douglas.

2         So it's -- my client is looking for any

3   documentation that he may have reflecting any formal lease,

4   and I don't know whether it was formal or informal at this

5   point.  All of the facts are very new to me at this moment,

6   Your Honor.

7         THE COURT:  Okay.  Well, maybe Mr. -- and I'm going

8   to make a try, Zhelezoglo.

9         MR. ALEXANDER ZHELEZOGLO:  Alexander is fine.

10        THE COURT:  Why don't you come up and tell us the

11   relationship between Interstate and All Ways at the time of

12   this accident.

13        MR. ALEXANDER ZHELEZOGLO:  At the time of the

14   accident -- I'll start from the beginning.  We were high

15   school friends with Matthew Sidloski, who is represented for

16   All Ways Transport.  We started Interstate Express together,

17   and then a few years later we decided to split, to run two

18   separate companies, but we still kept being friends, and we

19   pretty much -- at the moment, I borrowed the trailer from him.

20        THE COURT:  You borrowed the trailer?

21        MR. ALEXANDER ZHELEZOGLO:  Yeah.

22        THE COURT:  Is that the extent of the relationship

23   as it affected that accident?

24        MR. ALEXANDER ZHELEZOGLO:  I didn't understand.

25        THE COURT:  In other words, All Ways didn't have

1   anything to do with hiring the driver of the vehicle --

2          MR. ALEXANDER ZHELEZOGLO:  No.

3          THE COURT:  -- or being -- or wasn't responsible for

4   the transportation of whatever was being transported in the

5   vehicle or had been transported in the vehicle?

6          MR. ALEXANDER ZHELEZOGLO:  No, Your Honor.

7          THE COURT:  Did All Ways have anything to do with

8   the accident, other than it owned the trailer that it had

9   loaned to your company?

10          MR. ALEXANDER ZHELEZOGLO:  As far as I know, no.

11          THE COURT:  Okay.  That may give you a starting

12   point, Mr. Lyster, in exploring what the relationship is.

13          MR. LYSTER:  Yes, Your Honor.

14          THE COURT:  And if you conclude that All Ways

15   doesn't have any potential responsibility, you ought to get

16   them out of the lawsuit so we can move on.

17          MR. LYSTER:  Understood, Your Honor.

18          THE COURT:  I take it that its insurance -- you can

19   go back and be seated.  Thank you.

20          I take it that its insurance company didn't offer to

21   contribute anything to the settlement?

22          MR. LYSTER:  That's correct, Your Honor.

23          THE COURT:  Okay.  Well, it sounds like it doesn't

24   have any reason to contribute anything to the settlement.

25          Y'all are a long way apart.  Is the offer from

1    Interstate, is it coming strictly from the insurance company,

2    Mr. Lopez?

3            MR. JAIME LOPEZ:  Yes, sir.

4            THE COURT:  Is that the offer coming to you from --

5    Mr. Lyster, is anybody offering to pay anything on behalf of

6    Interstate, other than the insurance company?

7            MR. LYSTER:  I'm not aware of --

8            THE COURT:  I'm talking to you now.

9            MR. LYSTER:  Yeah, I'm not aware of that, Your

10   Honor.  I mean, the offer -- it wasn't explained to me one way

11   or the other, whether it was coming from an insurance carrier

12   or from Interstate Express.

13           THE COURT:  The offer was made by the attorney for

14   Interstate?

15           MR. LYSTER:  Yes, Your Honor.

16           THE COURT:  Oh, okay.  Mr. Adkerson, what do you

17   think of the possibility of that offer being increased some

18   today if y'all had some further discussions?

19           MR. ADKERSON:  Well, I'm all -- I'm always willing

20   to do whatever the Court wants to, you know, continuing on,

21   but at this time, Your Honor, what really prevents us from

22   being able to evaluate is because we were talking about a

23   brain injury at the settlement conference, and I wasn't aware

24   of any kind of a brain injury claim and --

25           THE COURT:  You found out about that today for the

1    first time?

2             MR. ADKERSON:  No, sir, at the --

3             THE COURT:  The earlier one?

4             MR. ADKERSON:  The earlier settlement conference,

5    January 3rd, yes, sir.

6             THE COURT:  Okay.

7             MR. ADKERSON:  And then during that time, we talked

8    about, you know, well, we really are kind of at an impasse

9    because of this, because a brain injury is very, very serious.

10   You know, it would increase the value of the claim a lot, but

11   we didn't have any medical records showing that there was any

12   kind of traumatic brain injury or a mild traumatic brain

13   injury or --

14            And also, none of the facts of the accident, as far

15   as the medical treatment from the paramedics, from the

16   paramedics all the way back to Denton Regional Hospital, where

17   they thoroughly examined him and then released him, none of

18   those details brought forth any kind of concern, when I was

19   reviewing the records, that there was a potential brain injury

20   or TBI.  And if there was -- he had a headache, but none of

21   the other symptoms that I'm --

22            THE COURT:  Okay.

23            MR. ADKERSON:  You know, so it turned into that

24   situation.  And when we met on January 3rd, Mr. Lyster was

25   going to send his client to a doctor or a neuropsychologist to

1    examine him, and he did do that, and we appreciate him doing

2    that quickly, and we got the report last night, and it does

3    show in that report some brain involvement.

4            And so based on that, you know, we really need to be

5    able to examine the evidence with a doctor that we trust to

6    give us an opinion, so that's really the impasse.

7            THE COURT:  Okay.  What -- are you thinking that you

8    want to have an independent evaluation --

9            MR. ADKERSON:  Yes, sir.

10           THE COURT:  -- by a neuropsychiatrist or

11   psychologist or whatever the specialty might be --

12           MR. ADKERSON:  Yes, sir.

13           THE COURT:  -- of your choosing?

14           MR. ADKERSON:  Yes, sir.

15           THE COURT:  Well, have you discussed with Mr. Lyster

16   the arrangement for doing that?

17           MR. ADKERSON:  Not the details, but we've mentioned

18   that we will be needing to get a second opinion, so that's

19   going to --

20           THE COURT:  Okay.  Do you see any problem with

21   setting that up with them, Mr. Lyster, once they identify the

22   medical person?

23           MR. LYSTER:  No, Your Honor.  I mean, assuming they

24   identify someone that's qualified to render opinions in that

25   area, we will be cooperative in that regard, Your Honor.

1     *THE COURT:*  Okay.  Well, it sounds like there's not
2     much point in pursuing it further today.
3          I'm not going to take any action relative to the
4     noncompliance with the order concerning the way the initial
5     conference should be conducted because I can see how there was
6     some confusion, so I'm going to leave that as it is without
7     pursuing that any further.
8          And I hope y'all are able to reach a settlement.
9     Y'all are all excused now.
10          Thank all of you for being here.
11          *ALL PRESENT:*  Thank you, Your Honor.
12          *MS. ALLEN:*  Thank you very much, Your Honor.
13          *MR. ADKERSON:*  Have a good day, sir.
14          *THE COURT:*  Okay.  You, too.
15          *COURT SECURITY OFFICER:*  All rise.
16          (Pause in proceedings)
17          *THE COURT:*  Let me -- before y'all -- why don't you
18     sit back down.
19          What are we going to do about Mr. Douglas?  Are you
20     going to -- is somebody going to dismiss as to him or what are
21     we going to do?
22          *MR. LYSTER:*  Your Honor, I don't know.
23          I mean, it's -- an answer was filed on his behalf,
24     just like an answer was filed on behalf of Interstate Express,
25     going through and specifically denying facts.  I have no idea

1    how you can, under Federal Rule 8, go through and specifically

2    deny the factual allegations in the petition when your

3    client's dead, but I don't know that we've processed that

4    enough.  I don't know whether the --

5              THE COURT:  Do you want to hold him in contempt of

6    court for doing that?

7              MR. LYSTER:  No, not so much that, Your Honor.

8    Obviously, that's not going to work, but I -- I've not figured

9    out whether or not the fellow has an estate, if we need to

10   have his personal representative in.  I don't know any of that

11   because we were just told.

12             THE COURT:  Okay.  I'm going to give you a deadline

13   for reaching a decision as to what to do about Mr. Douglas.

14             MR. LYSTER:  All right.

15             THE COURT:  We're either going to go forward in some

16   way against his estate, or personal representative, or we're

17   going to get him out of the lawsuit.

18             MR. LYSTER:  Got it.

19             THE COURT:  What would you suggest would be a good

20   deadline for you making that decision?

21             MR. LYSTER:  Ten days to two weeks, I would expect,

22   would be enough time, Your Honor.

23             THE COURT:  Why don't we do it in two weeks.

24             MR. LYSTER:  All right.  That's fair enough.

25             THE COURT:  Two weeks from today, whatever that is.

1          *MR. LYSTER:*  All right.

2          *THE COURT:*  And then by that day, file something

3   with the case -- with the papers in the case, with copies, of

4   course, to everybody, telling us what you want to do --

5          *MR. LYSTER:*  We'll do so, Your Honor.

6          *THE COURT:*  -- what you plan to do.

7          *MR. LYSTER:*  All right.  Thank you, Your Honor.

8          *THE COURT:*  Thank you.

9          *(End of Proceedings)*

10                    **REPORTER'S CERTIFICATE**
         I, Debra G. Saenz, CSR, RMR, CRR, certify that the
11   foregoing is a true and correct transcript from the record
     of proceedings in the foregoing entitled matter.
12       I further certify that the transcript fees format
     comply with those prescribed by the Court and the Judicial
13   Conference of the United States.
         Signed this 17th day of March, 2019.
14
                          /s/ Debra G. Saenz
15                        DEBRA G. SAENZ, CSR, RMR, CRR
                          Texas CSR No. 3158
16                        Official Court Reporter
                          The Northern District of Texas
17                        Fort Worth Division

18   CSR Expires:        12/31/19

19   Business Address:   501 W. 10th Street, Room 424
                         Fort Worth, Texas  76102
20
     Telephone:          817.850.6661
21
     E-Mail Address:     debbie.saenz@yahoo.com
22

23

24

25

**$**

$1,130,000 [1] 11/25
$1,280,000 [1] 11/22
$1.1 [1] 11/25
$1.4 [2] 11/9 11/16
$1.4 million [1] 11/16
$150,000 [1] 11/21
$90,000 [1] 11/19

**/**

/s [1] 20/14

**0**

04 [1] 3/3
07 [1] 3/9

**1**

10440 [1] 1/21
10th [2] 2/4 20/19
11:55 [1] 4/8
12/31/19 [1] 20/18
12:08 [2] 1/9 4/2
1450 [1] 1/21
17 [2] 1/6 4/2
1700 [1] 2/2
1741 [1] 1/19
17th [1] 20/13
19 [1] 20/18

**2**

20 [1] 3/4
2016 [1] 11/1
2017 [3] 7/12 8/2 8/9
2019 [3] 1/6 4/2 20/13
21 [1] 3/5
214.217.5020 [1] 1/22
214.740.2504 [1] 2/3
28 [2] 8/8 8/9
2900 [1] 1/16

**3**

301 [1] 1/16
3158 [1] 20/15
3rd [2] 16/5 16/24

**4**

424 [2] 2/4 20/19
4450 [1] 2/2
4:18-CV-268-A [2] 1/4 4/13

**5**

501 [2] 2/4 20/19

**7**

75201 [1] 2/2
75231 [1] 1/22
76097 [1] 1/19
76102 [3] 1/16 2/5 20/19

**8**

817.338.1717 [1] 1/17
817.426.4529 [1] 1/20
817.850.6661 [2] 2/5 20/20

**A**

able [6] 4/21 8/22 9/9 15/22 17/5 18/8
about [7] 10/21 11/4 15/22 15/25 16/8 18/19 19/13
accident [6] 12/5 13/12 13/14 13/23 14/8 16/14
accident -- I'll [1] 13/14
action [1] 18/3
actually [2] 8/25 12/18

additional [1] 12/7
Address [2] 20/19 20/21
adjuster [1] 10/5
ADKERSON [5] 2/1 2/1 5/10 7/22 15/16
ADMITTED [1] 3/8
advised [3] 8/16 8/17 9/1
Aegis [1] 10/2
affected [1] 13/23
again [1] 9/7
against [1] 19/16
ALEXANDER [3] 2/8 5/15 13/9
ALFONSO [5] 1/4 2/7 4/13 5/2 10/24
alive [1] 8/3
all [30]
all -- I'm [1] 15/19
allegations [1] 19/2
ALLEN [4] 1/21 7/5 7/20 8/12
Allen's [1] 12/13
also [3] 2/7 9/2 16/14
always [1] 15/19
Amen [1] 4/8
answer [3] 8/20 18/23 18/24
anxious [1] 12/14
any [12] 13/2 13/3 14/15 14/24 15/24 16/11 16/11 16/18 17/20 18/3 18/7 19/10
anybody [1] 15/5
anymore [1] 6/11
anything [5] 14/1 14/7 14/21 14/24 15/5
apart [2] 11/25 14/25
appearance [1] 8/23
appreciate [1] 17/1
approximately [1] 11/24
are [15] 5/6 6/8 9/11 9/15 11/24 12/4 13/5 14/25 16/8 17/7 18/8 18/9 18/19 18/19 18/20
area [1] 17/25
arrangement [1] 17/16
as [16] 5/10 5/19 7/15 7/19 9/18 11/10 11/13 11/15 13/23 14/10 14/10 16/14 16/15 18/6 18/20 19/13
Associates [2] 1/10 10/1
assuming [1] 17/23
attorney [5] 5/4 5/6 5/8 5/10 15/13
Avenue [1] 2/2
aware [3] 15/7 15/9 15/23
away [2] 7/12 8/1

**B**

back [9] 6/13 7/9 7/10 10/7 10/24 11/20 14/19 16/16 18/18
background [1] 10/21
based [1] 17/4
be [15] 4/9 4/20 4/23 6/14 7/20 10/7 12/19 14/19 17/4 17/11 17/18 17/25 18/5 19/19 19/22
because [2] 9/8 12/18 15/22 16/9 16/9 18/5 19/11
been [3] 8/20 8/22 14/5
before [2] 1/12 18/17
beginning [1] 13/14
behalf [4] 10/2 15/5 18/23 18/24
being [10] 7/4 11/1 12/8 12/25 13/18 14/3 14/4 15/17 15/22 18/10
being -- or [1] 14/3
believe [1] 10/12 11/17
better [3] 5/22 6/24 9/24
between [2] 4/16 13/11
beyond [1] 12/9
Bezney [1] 2/1
bit [2] 10/21 11/25
bless [1] 4/7
blew [1] 11/2

borrowed [2] 13/19 13/20
Box [1] 1/19
brain [8] 11/1 11/5 15/23 15/24 16/9 16/12 16/12 16/19 17/3
Branch [2] 6/25 7/2
brought [1] 16/18
Burleson [1] 1/19
business [2] 6/11 20/19

**C**

California [2] 9/11 9/13
came [1] 11/21
can [12] 5/22 6/13 6/24 7/20 8/6 9/24 10/6 12/20 14/16 14/18 18/5 19/1
carrier [2] 11/17 15/11
case [5] 1/4 4/12 12/1 20/3 20/3
case -- with [1] 20/3
Central [1] 1/21
certificate [5] 3/4 3/9 7/14 7/24 20/10
certify [2] 20/10 20/12
choosing [1] 17/13
CHRISTOPHER [2] 1/15 5/7
circumstances [1] 9/1
claim [2] 15/24 16/10
Claims [2] 6/23 6/25
clerk [1] 8/25
client [4] 8/15 8/21 13/2 16/25
client's [1] 19/3
close [2] 10/11 10/13
closed [1] 6/9
come [6] 5/21 6/24 9/23 10/14 11/22 13/10
coming [5] 6/14 9/2 15/1 15/4 15/11
Commerce [1] 1/16
companies [2] 4/17 13/18
company [12] 6/9 6/17 6/19 9/3 9/20 9/24 10/2 10/4 14/9 14/20 15/1 15/6
comply [1] 20/12
computer [1] 2/11
concern [1] 16/18
concerning [1] 18/4
conclude [1] 14/14
concussion [1] 11/6
conducted [1] 18/5
conference [6] 1/11 4/16 15/23 16/4 18/5 20/13
confusion [1] 18/6
contacted [1] 8/25
contempt [1] 19/5
continued [1] 11/15
continuing [1] 15/20
contractual [1] 12/10
contribute [2] 14/21 14/24
cooperative [1] 17/25
copies [1] 20/3
copy [1] 7/14
corporate [3] 5/14 5/19 8/12
correct [8] 5/12 5/13 7/7 7/24 9/19 9/22 14/22 20/11
counteroffers [1] 10/18
course [1] 20/4
court [10] 1/1 1/12 2/4 4/5 4/8 7/12 15/20 19/6 20/12 20/16
courtroom [1] 4/20
CRR [3] 2/4 20/10 20/15
CSR [5] 2/4 20/10 20/15 20/15 20/18
cuff [1] 11/13
CV [1] 1/4 4/13

**D**

Dallas [3] 1/22 2/2 9/16
DARRELL [2] 2/1 5/10
date [1] 8/6

## D

dey [3]  18/13 20/2 20/13
days [1]  19/21
dead [1]  19/3
deadline [2]  19/12 19/20
death [3]  3/9 7/14 7/23
debbie.saenz [2]  2/6 20/21
DEBRA [4]  2/4 20/10 20/14 20/15
decided [1]  13/17
decision [2]  19/13 19/20
defendant [4]  1/9 1/21 2/1 5/11
DEFENDANT'S [2]  3/7 7/23
defendants [1]  4/17
demand [1]  11/9
Denton [1]  16/16
deny [1]  18/25
denying [1]  18/25
DESCRIPTION [1]  3/8
details [2]  16/18 17/17
did [6]  8/1 8/16 10/11 10/12 14/7 17/1
didn't [5]  10/13 13/24 13/25 14/20 16/11
different [1]  4/17
discovery [1]  12/7
discuss [2]  4/19 4/21
discuss -- try [1]  4/19
discussed [1]  17/15
discussions [2]  11/15 15/18
dismiss [1]  18/20
DISTRICT [4]  1/1 1/2 1/12 4/5 4/5 20/16
DIVISION [2]  1/3 20/17
do [19]  7/15 7/18 12/7 12/15 12/22 14/1 14/7 15/16 15/20 17/1 17/20 18/19 18/21 19/5 19/19 19/23 20/4 20/5 20/6
docket [1]  10/15
doctor [2]  16/25 17/5
documentation [1]  13/3
does [2]  12/2 17/2
doesn't [2]  14/15 14/23
doing [3]  17/1 17/16 19/6
don't [15]  5/21 7/18 9/23 10/12 10/14 12/9 12/22 13/4 13/10 18/17 18/22 19/3 19/4 19/10 19/23
done [1]  8/24
DOUGLAS [12]  1/7 2/1 3/9 4/14 5/11 7/9 7/24 11/2 11/18 13/1 18/19 19/13
down [2]  11/22 18/18
driven [1]  11/1
driver [2]  11/2 14/1
during [1]  16/7

## E

E-Mail [2]  2/6 20/21
earlier [2]  16/3 16/4
either [1]  19/15
end [2]  4/25 20/9
ends [1]  11/5
enough [3]  19/4 19/22 19/24
entered [1]  8/23
entitled [1]  20/11
estate [2]  19/9 19/16
evaluate [1]  15/22
evaluated [1]  11/11
evaluation [1]  17/4
everybody [1]  20/4
evidence [1]  17/5
exactly [1]  12/4
examine [2]  17/1 17/5
examined [1]  16/17
excused [1]  18/9
exhibit [4]  3/7 7/16 7/19 7/23
expect [1]  19/21
Expires [1]  20/18

explained [1]  15/10
exploring [1]  14/12
EXPRESS [4]  1/8 2/1 4/15 5/11 5/15 5/23 6/20 7/12 11/18 12/8 12/25 13/16 15/12 18/24
Expwy [1]  1/21
extent [1]  13/22

## F

facts [3]  13/5 16/14 18/25
factual [1]  19/2
fair [1]  19/24
Falls [1]  10/25
far [2]  14/10 16/14
February [1]  10/25
Federal [1]  19/1
fees [1]  20/12
fellow [1]  19/9
few [1]  13/17
figured [1]  19/8
file [1]  20/2
filed [6]  7/11 8/4 8/20 12/12 18/23 18/24
find [2]  7/13 8/6
fine [1]  13/9
first [2]  8/21 16/1
fit [1]  12/2
follows [1]  4/16
for -- is [1]  7/5
Ford [1]  11/3
foregoing [2]  20/11 20/11
formal [2]  13/3 13/4
format [1]  20/12
FORT [8]  1/3 1/5 1/16 2/5 4/5 10/25 20/17 20/19
forth [2]  11/20 16/18
forward [1]  19/15
found [1]  15/25
four [1]  11/4
friends [2]  16/8 17/6
further [4]  15/18 18/2 18/7 20/12

## G

get [8]  9/9 9/10 10/11 10/13 12/20 14/15 17/18 19/1
give [5]  10/20 11/24 14/11 17/6 19/12
go [5]  6/13 10/7 14/19 19/1 19/15
God [1]  4/7
going [5]  10/23 13/7 16/25 17/19 18/3 18/6 18/19 18/20 18/20 18/21 18/25 19/8 19/12 19/15 19/17
good [5]  4/10 5/9 6/13 18/13 19/19
got [2]  17/2 19/18
grapevine [2]  8/17 8/13

## H

had [12]  8/22 8/23 11/5 11/6 11/11 11/13 11/22 12/24 14/5 14/8 15/18 16/20
had -- ultimately [1]  11/5
hand [1]  5/3
Haney [1]  1/15
happened [1]  10/19
has [5]  10/19 11/9 11/11 11/12 19/9
Hauder [1]  2/1
have [16]  5/16 7/11 7/14 10/22 12/10 13/3 13/25 14/7 14/15 14/24 16/11 17/8 17/15 18/13 18/25 19/10
he [18]  6/6 7/9 7/12 8/1 8/3 8/3 9/8 9/12 10/24 11/5 11/5 11/6 11/9 11/11 11/12 13/3 16/20 17/1
he -- he [1]  8/3
he's [4]  5/2 5/19 9/7 9/13
headache [1]  16/20

hear [8]  4/4 4/4 4/4 4/4 5/22 6/24 8/10 9/24 12/16
hearing [2]  4/1 4/2 4/16
help [2]  5/16 12/20
helpful [1]  12/19
her [1]  12/16
here [13]  4/12 4/23 4/24 5/9 5/10 5/19 7/4 7/5 8/7 9/7 9/10 9/18 18/10
high [1]  13/14
him [14]  7/14 8/22 9/1 9/9 9/10 11/11 13/19 16/17 16/17 17/1 17/1 18/20 19/5 19/17
hired [2]  7/13 13/1
hiring [1]  14/1
his [9]  5/3 5/17 8/14 10/25 11/3 16/25 18/23 19/10 19/16
hit [1]  11/3
hold [1]  19/5
holding [1]  5/3
home [1]  10/25
Honor [36]
HONORABLE [3]  1/12 4/6 4/8
hope [1]  18/8
Hospital [1]  16/16
how [3]  12/2 18/5 19/1
HURD [3]  1/18 1/18 5/4

## I

I -- I've [1]  19/8
I -- we [1]  8/15
I'll [3]  13/14
I'm [15]  5/7 5/8 8/9 9/12 10/1 13/7 15/7 15/8 15/9 15/19 15/19 16/21 18/3 18/6 19/12
I've [2]  8/20 19/8
idea [1]  18/25
identify [2]  17/21 17/24
impairment [1]  11/9
impasse [2]  16/8 17/6
INC [9]  1/7 1/8 4/15 4/15 5/11 5/15 6/20 7/6 8/13
increase [1]  16/10
increased [1]  15/17
independent [1]  17/8
Index [2]  3/5 3/7
indicated [1]  11/11
informal [1]  13/4
initial [2]  11/18 18/4
injured [1]  11/5
injuries [1]  11/12
injury [9]  11/6 11/10 11/12 15/23 15/24 16/9 16/12 16/13 16/19
insurance [16]  4/17 6/17 6/19 6/20 8/18 9/3 9/3 9/18 9/24 10/2 11/17 14/18 14/20 15/1 15/6 15/11
insurance -- you [1]  14/18
insures [1]  9/20
INTERSTATE [18]  1/8 2/2 4/15 5/11 5/15 5/23 6/20 11/2 11/18 12/8 12/25 13/11 13/16 15/1 15/6 15/12 15/14 18/24
investigator [1]  7/13
involvement [2]  12/23 17/3
is [47]
is -- where [1]  7/9
isn't [1]  10/15
issue [2]  11/10 11/14
it [34]
it -- you [1]  10/6
it's [9]  4/13 4/16 6/11 9/6 11/14 12/6 12/23 13/2 18/23
it's -- an [1]  18/23
it's -- my [1]  13/2

**I**

ite [2] 14/18 14/20

**J**

JAIME [2] 2/8 6/15
JANUARY [4] 1/6 4/2 16/5 16/24
January 3rd [2] 16/5 16/24
JEFF [2] 2/7 9/17
JOHN [2] 1/12 4/6
joint [1] 8/24
JUDGE [1] 1/12
Judicial [1] 20/12
jury [1] 10/15
just [9] 6/10 7/13 8/20 8/21 9/8 11/17
12/18 18/24 19/11

**K**

kept [1] 13/18
kind [5] 12/9 15/24 16/8 16/12 16/18
know [14] 12/9 12/22 12/23 13/4 14/10
15/20 16/8 16/10 16/23 17/4 18/22 19/3
19/4 19/10
knowing [1] 10/18

**L**

lady [1] 4/25
last [3] 5/17 9/5 17/2
later [2] 8/17 13/17
law [1] 8/25
lawsuit [8] 8/4 8/15 8/18 8/23 9/9 12/12
14/16 19/17
lead [2] 5/6 5/8
learned [2] 7/13 9/8
lease [1] 13/3
leave [1] 18/6
LESTER [7] 1/7 2/1 3/9 4/14 5/11 7/24
11/1
let [5] 4/7 4/23 8/6 10/20 18/17
let's [2] 7/8 12/16
liability [1] 6/20
like [4] 12/13 14/23 18/1 18/24
limited [1] 12/6
listed [2] 12/4 12/5
listed -- they [1] 12/4
Litigation [1] 10/5
little [3] 10/21 11/3 11/25
loaned [1] 14/9
logistically [1] 9/9
long [1] 14/25
looking [1] 13/2
LOPEZ [3] 2/8 6/15 15/2
lot [1] 16/10
LYSTER [9] 1/15 5/8 5/9 10/8 14/12
15/5 16/24 17/15 17/21

**M**

made [1] 15/13
Mail [2] 2/6 20/21
make [1] 13/8
making [1] 19/20
manager [3] 6/23 6/25 7/2
March [5] 7/12 8/2 8/8 8/9 20/13
March 28 [2] 8/8 8/9
MARIA [4] 1/4 2/7 4/13 4/24
mark [1] 7/15
matter [1] 20/11
matters [1] 4/22
Matthew [2] 8/14 13/15
Matthew's [1]
may [4] 12/10 12/15 13/3 14/11
maybe [1] 13/7
McBRYDE [2] 1/12 4/6

**me** [11] 4/23 5/16 8/6 9/7 9/24 10/17
10/18 10/20 13/5 15/10 18/17
mean [7] 15/10 17/23 18/8 18/9
18/11 18/22 18/23
mechanical [1] 2/10
medical [3] 16/11 16/15 17/22
meet [1] 4/18
meeting [2] 8/25 9/2
mental [1] 11/10
mentioned [1] 17/17
met [1] 16/24
MICHAEL [1] 1/18
microphone [3] 5/22 9/23 10/14
might [2] 12/19 17/11
mild [1] 16/12
million [3] 11/9 11/16 11/25
moment [2] 13/5 13/19
more [2] 12/9 12/22
morning [4] 4/10 4/11 4/19 10/19
move [1] 14/16
MR [7] 1/15 1/18 2/1 2/7 2/7 2/8 2/8
Mr. [17] 5/9 7/9 7/22 10/8 11/3 11/18
13/1 13/7 14/12 15/2 15/5 15/16 16/24
17/15 17/21 18/19 19/13
Mr. -- and [1] 13/7
Mr. Adkerson [2] 7/22 15/16
Mr. Douglas [5] 7/9 11/18 13/1 18/19
19/13
Mr. Lopez [1] 15/2
Mr. Lyster [7] 5/9 10/8 14/12 15/5 16/24
17/15 17/21
Mr. Parra [1] 11/3
MS [3] 1/21 2/4 2/7
Ms. [3] 7/20 8/12 12/13
Ms. Allen [2] 7/20 8/12
Ms. Allen's [1] 12/13
much [6] 12/9 12/22 13/19 18/2 18/12
19/7
multiple [1] 11/20
my [6] 8/15 8/21 9/2 12/23 13/1 13/2
my -- that [1] 9/2

**N**

name [3] 5/17 8/14 9/5
nature [1] 11/4
need [3] 12/6 17/4 19/9
needing [1] 17/18
neuropsychiatrist [1] 17/10
neuropsychologist [2] 11/11 16/25
new [1] 13/5
night [1] 17/2
no [14] 1/4 3/8 5/7 6/12 8/5 10/10 14/2
14/6 14/10 16/2 17/23 18/25 19/7 20/15
noncompliance [1] 18/4
none [6] 16/14 16/17 16/20
NORTHERN [3] 1/2 4/5 20/16
not [23]
nothing [1] 10/17
notice [1] 8/16
now [5] 4/6 6/8 11/24 15/8 18/9
Number [1] 4/12

**O**

obviously [2] 12/4 19/8
offer [9] 7/18 11/16 11/18 14/20 14/25
15/4 15/10 15/13 15/17
offer -- it [1] 15/10
offering [3] 7/22 7/23 15/5
offers [1] 10/18
office [1] 7/1
Official [1] 20/16
Oh [2] 9/17 15/16
okay [23]
Okay. [4] 5/2 5/19 7/22 12/16

Okay. And [1] 5/2
Okay. He's [1] 5/19
Okay. We'll [1] 12/16
Okay. You're [1] 7/22
once [1] 17/21
one [3] 12/25 15/10 16/3
opinion [2] 17/6 17/18
opinions [1] 17/24
order [1] 18/4
ordered [1] 4/20
other [6] 4/21 13/25 14/8 15/6 15/11
16/21
ought [1] 14/15
our [1] 12/6
out [5] 12/11 14/16 15/25 19/9 19/17
owned [3] 12/7 12/24 14/8
owner [1] 5/24

**P**

p.m [2] 1/9 4/2
P.O [1] 1/19
Pacific [1] 2/2
PAGE [1] 3/2
PAIGE [2] 1/21 7/5
papers [1] 20/3
paramedics [2] 16/15 16/16
Parker [1] 10/1
PARRA [10] 1/4 1/4 2/7 2/7 4/13 4/13
4/24 5/2 10/24 11/3
particular [1] 10/22
particular -- where [1] 10/22
parties [3] 4/17 8/22 11/24
pass [1] 8/1
passed [1] 7/12
pasture [1] 11/4
Pause [1] 18/16
pay [1] 15/5
PC [1] 2/1
pending [1] 8/18
people [1] 4/18
person [1] 17/22
personal [2] 19/10 19/16
petition [1] 19/2
pickup [1] 11/4
Plaintiff [2] 1/5 1/15
plaintiffs [4] 4/14 5/4 11/22
plan [1] 20/6
plane [1] 9/10
Please [1] 4/9
PLLC [1] 1/15
point [4] 11/21 13/5 14/12 18/2
position [3] 5/23 6/22 10/3
possibility [1] 15/17
potential [2] 14/15 16/19
pray [1] 4/7
prescribed [1] 20/12
PRESENT [1] 2/7
president [4] 5/25 6/1 6/5 6/7
presiding [1] 4/6
pretty [5] 10/11 11/4 11/9 11/12 13/19
prevents [1] 15/21
problem [1] 17/20
PROCEEDING [1] 3/2
proceedings [5] 2/10 3/3 18/16 20/9
20/11
process [1] 12/11
processed [1] 19/3
produced [1] 2/11
pronunciation [1] 5/16
provides [1] 6/19
psychologist [1] 17/11
publication [1] 8/16
pulled [1] 12/8

**P**

Puls [1] 1/15
pursuing [2] 18/2 18/7

**Q**

qualified [1] 17/24
Qualitas [2] 6/17 6/22
quickly [1] 17/2

**R**

Ranger [1] 11/3
reach [3] 4/19 8/22 18/8
reached [1] 10/9
reaching [1] 19/13
really [5] 11/14 15/21 16/8 17/4 17/6
reason [1] 14/24
record [1] 20/11
records [2] 16/11 16/19
reflecting [1] 13/3
regard [2] 12/19 17/25
regarding [1] 12/1
Regional [1] 16/16
relationship [4] 12/10 13/11 13/22 14/12
relative [1] 18/3
released [1] 16/17
render [1] 17/24
report [5] 1/11 8/24 12/5 17/2 17/3
reported [1] 2/10
REPORTER [2] 2/4 20/16
Reporter's [2] 3/4 20/10
represent [1] 10/24
representative [7] 5/15 5/20 8/13 9/3 9/18 19/10 19/16
representatives [1] 4/18
represented [1] 13/15
response [1] 11/16
responsibility [1] 14/15
responsible [1] 14/3
result [1] 11/10
retained [1] 8/19
reviewing [1] 16/19
rig [1] 11/1
right [5] 11/24 19/14 19/24 20/1 20/7
rise [2] 4/3 18/15
RMR [3] 2/4 20/10 20/15
rolled [1] 11/3
Room [2] 2/4 20/19
rotator [1] 11/13
ROY [7] 1/7 2/1 3/9 4/14 5/11 7/24 11/1
Rule [1] 19/1
run [1] 13/17

**S**

S-I-D-L-O-S-K-I [1] 9/6
SAENZ [4] 2/4 20/10 20/14 20/15
said [1] 9/1
school [1] 13/15
seated [5] 4/9 6/14 7/20 10/7 14/19
second [1] 17/18
Security [1] 10/2
see [6] 7/8 8/6 8/9 8/16 17/20 18/5
send [1] 16/25
separate [1] 13/18
separation [1] 11/13
serious [1] 16/9
session [1] 4/6
setting [1] 17/21
settlement [13] 1/11 4/19 10/8 11/8 11/15 11/22 11/23 12/1 14/21 14/24 15/23 16/4 18/8
severe [1] 11/9
severely [1] 11/5

She [1] 12/15
she's [1] 12/13
should [1] 18/5
shoulder [2] 11/6 11/13
show [6] 4/24 5/10 6/15 7/5 9/17 17/3
show -- is [1] 6/15
showing [1] 16/11
Sidloski [3] 8/15 9/6 13/15
sign [1] 11/3
Signed [1] 20/13
significant [2] 11/6 11/12
sir [14] 5/1 5/5 6/16 6/18 6/21 7/3 7/17 15/3 16/2 16/5 17/9 17/12 17/14 18/13
sit [1] 18/18
situation [1] 16/24
so [16] 5/22 6/24 8/18 8/22 8/24 9/24 11/24 13/2 14/16 16/23 17/4 17/6 17/18 18/6 19/7 20/5
solve [1] 11/13
solved [1] 11/14
some [6] 12/7 15/17 15/18 17/3 18/6 19/15
somebody [2] 5/16 18/20
someone [1] 17/11
something [1] 20/2
somewhat [1] 12/6
sorry [1] 8/10
sorting [1] 12/11
sounds [2] 14/23 18/1
specialty [1] 17/11
specifically [2] 18/25 19/1
split [1] 13/17
standing [2] 12/13 12/18
start [1] 13/14
started [2] 11/8 13/16
starting [1] 14/11
STATES [5] 1/1 1/12 4/4 4/7 20/13
status [1] 8/24
stenography [1] 2/10
still [1] 13/18
stop [1] 11/3
Street [3] 1/16 2/4 20/19
strictly [1] 15/1
styled [1] 4/13
suggest [1] 19/19
Suite [3] 1/16 1/21 2/2
sure [2] 4/23 12/4
surgery [1] 11/13
symptoms [1] 16/21

**T**

table [1] 4/25
take [6] 10/6 10/8 11/25 14/18 14/20 18/3
talked [1] 16/7
talking [2] 15/8 15/22
TBI [1] 16/20
Telephone [6] 1/17 1/20 1/22 2/3 2/5 20/20
tell [5] 9/7 9/24 10/18 12/14 13/10
telling [1] 20/4
Ten [1] 19/21
terms [10] 10/22 11/8 11/10 11/21 11/23 11/25 12/9
TEXAS [12] 1/2 1/5 1/16 1/19 1/22 2/2 2/5 4/5 7/1 20/15 20/16 20/19
than [3] 12/22 14/8 15/6
Thank [5] 6/14 7/4 7/21 8/11 10/7
that [12] 7/11 12/21 14/19 18/10 18/11 18/12 20/7 20/8
that [71]
that -- was [1] 10/8
that's [11] 5/13 7/7 9/19 9/22 10/1 14/22

17/6 17/18 17/24 19/8 19/24
the -- actually [1] 8/25
their [1] 12/1
them [2] 14/16 17/21
then [12] 4/19 5/2 5/10 5/14 6/15 7/5 7/8 9/17 13/17 16/7 16/17 20/2
there [5] 8/8 16/11 16/19 16/20 18/5
there's [2] 10/17 18/1
these [1] 9/1
they [11] 4/18 4/20 4/20 11/21 12/4 12/4 12/7 12/10 16/17 17/21 17/23
things [1] 11/6
think [1] 15/17
thinking [1] 17/7
this [23]
thoroughly [1] 16/17
those [3] 4/18 16/18 20/12
thought [1] 12/18
three [1] 11/4
through [6] 8/17 8/17 11/2 11/15 18/25 19/1
time [10] 4/21 8/21 8/23 12/1 13/11 13/13 15/21 16/1 16/7 19/22
times [2] 11/4 11/20
to -- is [1] 18/20
today [5] 9/2 9/10 11/8 11/16 15/18 15/25 18/2 19/25
TODD [3] 1/18 1/18 5/4
together [1] 13/16
told [1] 19/11
too [1] 18/14
total [1] 11/12
touch [1] 8/21
tractor [2] 11/1 12/8
tractor-trailer [1] 11/1
trailer [6] 11/1 12/7 12/24 13/19 13/20 14/8
transcript [4] 1/11 2/10 20/11 20/12
TRANSPORT [8] 1/7 1/21 4/14 7/6 8/13 9/4 12/24 13/16
transportation [1] 14/4
transported [2] 14/4 14/5
traumatic [2] 16/12 16/12
traveling [1] 10/24
treatment [1] 16/15
true [1] 20/11
trust [1] 17/5
try [2] 4/19 13/8
turned [1] 16/23
two [4] 13/17 19/21 19/23 19/25

**U**

ultimately [1] 11/5
unaware [1] 8/15
under [1] 19/1
understand [2] 4/23 13/24
understanding [10] 10/22 12/6 12/23 13/1
Understood [1] 14/17
UNITED [5] 1/1 1/12 4/4 4/7 20/13
up [8] 5/3 5/21 6/24 9/23 11/5 11/21 13/10 17/21
us [6] 4/7 12/14 13/10 15/21 17/6 20/4
used [1] 12/25

**V**

value [1] 16/10
vehicle [3] 14/1 14/5 14/5
versus [2] 1/6 4/14
very [8] 5/9 6/13 12/15 12/22 13/5 16/9 16/9 18/12
views [1] 12/1
VOLUME [1] 1/11

| W | Z |
|---|---|

## W

wants [1] 15/20
was [39]
was -- he [1] 16/20
Was -- how [1] 12/2
wasn't [3] 14/3 15/10 15/23
way [5] 14/25 15/10 16/16 18/4 19/16
WAYS [16] 1/7 1/21 4/14 7/6 8/13 9/4
 9/21 12/2 12/3 12/3 12/24 13/11 13/16
 13/25 14/7 14/14
Ways -- All [1] 12/3
we [40]
we -- let [1] 10/20
We'll [1] 20/5
we're [5] 4/12 12/3 12/10 19/15 19/16
we've [3] 11/10 17/17 19/3
week [1] 8/19
weeks [3] 19/21 19/23 19/25
well [14] 8/9 9/8 10/17 11/13 12/13
 12/15 12/16 12/20 13/7 14/23 15/19
 16/8 17/15 18/1
went [1] 11/20
were [12] 4/18 4/20 4/21 8/15 8/17 8/22
 8/24 10/18 12/4 13/14 15/22 19/11
weren't [1] 4/21
what [19] 5/21 5/23 6/8 6/22 9/24 10/3
 10/18 10/18 12/9 14/12 15/16 15/21
 17/7 18/19 18/20 19/13 19/19 20/4 20/6
what's [2] 9/5 10/23
whatever [4] 14/4 15/20 17/11 19/25
when [8] 7/13 8/1 8/3 11/1 12/12 16/18
 16/24 19/2
where [7] 7/9 7/9 9/15 10/22 11/8 11/21
 16/16
whether [4] 13/4 15/11 19/4 19/9
which [1] 7/23
who [7] 4/23 8/12 11/2 11/11 12/25 13/1
 13/15
why [8] 5/21 7/18 9/7 9/23 10/14 13/10
 18/17 19/23
Wichita [1] 10/25
will [4] 5/16 10/21 17/18 17/25
willing [1] 15/19
without [2] 10/14 18/6
without -- this [1] 10/14
WOODRUFF [2] 2/7 9/18
Word [1] 3/5
words [1] 13/25
work [1] 19/8
WORTH [8] 1/3 1/5 1/16 2/5 4/6 10/25
 20/17 20/19
would [5] 16/10 19/19 19/19 19/21
 19/22
wrong [1] 10/17

## Y

y'all [7] 9/11 10/11 14/25 15/18 18/8
 18/9 18/17
y'all -- why [1] 18/17
yahoo.com [2] 2/6 20/21
ye [3] 4/4 4/4 4/4
Yeah [4] 6/2 6/4 13/21 15/9
years [1] 13/17
yes [16] 5/1 5/5 6/16 6/18 6/21 7/3 7/17
 7/25 9/14 14/13 15/3 15/15 16/5 17/9
 17/12 17/14
yesterday [4] 8/20 8/21 9/1 9/9
yet [2] 7/12 12/4
you [60]
you're [4] 6/1 7/22 7/23 9/25
young [1] 4/25
your [45]

## Z

ZHELEZOGLO [3] 8/8 5/18 18/8