IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALFONSO PARRA and MARIA PARRA<br>Plaintiffs, | § § § § | |
| vs. | § § | CIVIL ACTION NO: 4:18-cv-268-P |
| ALL WAYS TRANSPORT, INC. AND<br>INTERSTATE EXPRESS, INC.<br>Defendants. | § § § § | |

## PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT ALL WAYS TRANSPORT, INC.

NOW COME Plaintiffs Alfonso Parra and Maria Parra ("Plaintiffs") and file this Stipulation of Dismissal With Prejudice as to All Ways Transport, Inc. ONLY as follows:

Plaintiffs request that the Court enter the attached Order of Dismissal With Prejudice, dismissing with prejudice Plaintiffs' claims as to only Defendant All Ways Transport, Inc.

Plaintiffs further request that all taxable costs and expenses be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court dismiss the action as to only Defendant All Ways Transport, Inc. with prejudice, and order that all taxable costs and expenses be borne by the party incurring same.

Submitted this ___ day of January 2020.

Respectfully submitted,

By: /s/ Christopher G. Lyster
Christopher G. Lyster
State Bar No. 12746250
Puls Haney Lyster PLLC
301 Commerce St., Ste. 2900
Fort Worth, Texas 76102
Chris@pulshaney.com
Tel:   817-338-1717
Fax:   817-332-1333

and

Todd M. Hurd
State Bar No. 24025443
Todd Hurd & Associates
P.O. Box 1741
Burleson, Texas 76097
t.hurd@texasattorneylaw.com
Tel: 817/426-4529
Fax: 817/426-8159

**ATTORNEYS FOR PLAINTIFFS**

By: /s/ Paige Pace Allen
Paige Pace Allen
State Bar No. 15397700
Robert D. Allen
State Bar No. 01051315
10440 N. Central Expressway, Suite 1450
Dallas, Texas 75231
ppallen@theallenlaw.com
bob.allen@theallenlaw.com
214/217-5020 (Telephone)
214/291-5544 (Fax)

**ATTORNEYS FOR DEFENDANT,
ALL WAYS TRANSPORT, INC.**

By:    /s/ Darrell G. Adkerson
      Darrell G. Adkerson
      State Bar No. 00909700
      Jeffrey D. Antonson
      State Bar No. 24040441
      Adkerson, Hauder & Bezney, P.C.
      1700 Pacific Avenue, Ste. 4450
      Dallas, Texas 75201-3005
      darrell@ahblaw.net
      jeff@ahblaw.net
      Tel:   214/740-2500
      Fax:  214/740-2501

**ATTORNEYS FOR DEFENDANT INTERSTATE EXPRESS, INC.**

## CERTIFICATE OF SERVICE

    This is to certify that on the ___ day of January 2020, a true and correct copy of the foregoing document has been served on all counsel of record by electronic means and facsimile as shown:

| | |
|---|---|
| Paige Pace Allen<br>Robert D. Allen<br>The Allen Law Group<br>10440 N. Central Expressway, Ste. 1450<br>Dallas, TX 75231<br>Facsimile: 214/291-5544<br>Attorneys for All Ways Transport, Inc. | _____ Via Hand Delivery<br>_____ Via Certified Mail Return Receipt Requested<br>_____ Via Facsimile<br>_____ Via Regular Mail<br>__x__ Via the Court's ECF System |
| Darrell G. Adkerson<br>Jeffrey D. Antonson<br>Adkerson, Hauder & Bezney, PC<br>1700 Pacific Ave., Ste. 4450<br>Dallas, Texas 75201-3005<br>Facsimile: 214/740-2501<br>Attorneys for Interstate Express, Inc. | _____ Via Hand Delivery<br>_____ Via Certified Mail Return Receipt Requested<br>_____ Via Facsimile<br>_____ Via Regular Mail<br>__x__ Via the Court's ECF System |

    /s/ Christopher G. Lyster
    Christopher G. Lyster