IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALFONSO PARRA et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:18-cv-00268-P |
| ALL WAYS TRANSPORT INC. et al., | § § § § | |
| Defendants. | § § | |

# ORDER

Before the Court is Plaintiffs Alfonso Parra and Maria Parra's Stipulation of Dismissal With Prejudice as to Defendant All Ways Transport, Inc. (ECF No. 107) filed January 22, 2020. Pursuant to Plaintiffs' Stipulation, the Court **ORDERS** that Plaintiffs' claims against Defendant All Ways Transport, Inc. are hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED** on this **22nd day** of **January, 2020**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE