IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALFONSO PARRA et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Civil Action No. 4:18-cv-00268-P |
| ALL WAYS TRANSPORT INC. et al., | § § § § | |
| Defendants. | § | |

## AMENDED PARTIAL FINAL JUDGMENT

This Partial Final Judgment is issued pursuant to Federal Rule of Civil Procedure 54 and **VACATES** and **SUPERSEDES** the prior Final Judgment (ECF No. 109). In accordance with the Court's Order (ECF No. 108), signed January 22, 2020, the Court determines that there is no just reason for delay in, and hereby directs, entry of final judgment as to the dismissal of such claims and causes of action.

Therefore, it is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice** as to Defendant All Ways Transport, Inc. only.

**SO ORDERED** on this **27th day** of **February, 2020.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE