IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ALFONSO PARRA and MARIA PARRA<br>Plaintiffs, | §<br>§<br>§<br>§ |
| vs. | §    CIVIL ACTION NO: 4:18-cv-268-P<br>§ |
| INTERSTATE EXPRESS, INC.<br>Defendant. | §<br>§<br>§ |

## JOINT REPORT ON SETTLEMENT

COMES NOW Plaintiffs Alfonso and Maria Parra ("Plaintiffs"), and Defendant Interstate Express, Inc. ("Defendant"), and file the following Joint Report on Settlement Pursuant to the Court's April 16, 2020 Order (Doc. No. 128):

**1.   Parties in Attendence**

A. Counsel for Plaintiff, W. Kelly Puls, Mark A. Haney, Christopher G. Lyster

B. Plaintiffs Alfonso and Maria Parra

C. Counsel for Defendants, Darrell G. Adkerson, Jeffrey D. Antonson

D. Defendant's Authorized Representative: Alexander Zhelezoglo

E. Defendant's Insurance Carrier Adjuster: Nicholas Gomez

**2.   Plaintiff's Statement**

Plaintiffs negotiated in good faith. Negotiations lasted approximately 4 hours. We were delayed at the start of the mediation when the adjuster was approximately 15 minutes late on the call into Judge Hal Ray. Negotiations were concluded when, after consulting with Judge Hal Ray, it was determined that no further progress was likely to be made on that day. Plaintiffs will continue to negotiate in good faith through trial and will consider any reasonable settlement offer.

3.  **Defendant's Statement**

Defendant states that it negotiated in good-faith for over four hours on April 24, 2020. Some meaningful progress was made. Negotiations were only concluded when, after consulting with the Honorable Hal R. Ray Jr., it was determined that no further progress was likely to be made on that day. Defendant remains hopeful, but skeptical of the likelihood of settlement prior to trial.

Dated: April 30, 2020

           Respectfully Submitted,

BY:  */s/ Darrell G. Adkerson*
DARRELL G. ADKERSON
State Bar No. 00909700
Darrell@ahblaw.net
JEFFREY D. ANTONSON
State Bar No. 24040441
Jeff@ahblaw.net
Adkerson, Hauder, & Bezney, P.C.
1700 Pacific Ave.
Suite 4450
Dallas, Texas  75201-3005
214-740-2500 - Telephone
214-740-2501 - Facsimile

**ATTORNEYS FOR DEFENDANT
INTERSTATE EXPRESS, INC.**

/s/ *Mark A. Haney*
W. Kelly Puls
State Bar No. 16393350
Kelly@pulshaney.com
Mark A. Haney
State Bar No. 08908480
Mark@pulshaney.com
Christopher G. Lyster
State Bar No. 12746250
chris@pulshaney.com
Juliana Morris
State Bar No. 24026356
jmorris@pulshaney.com

**PULS HANEY LYSTER, PLLC**
301 Commerce Street, Suite 2900
Fort Worth, Texas 76102
Telephone:  817.338.1717
Facsimile:   817.332.1333

AND

Todd M. Hurd
State Bar No. 24025443
Todd Hurd & Associates
P.O. Box 1741
Burleson, Texas 76097
t.hurd@texasattorneylaw.com
Tel: (817) 426-4529
Fax: (817) 426-8159

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      This is to certify that on this, the 30th day of April 2020, a true and correct copy of the above and foregoing document has been forwarded to the counsel of record, as indicated below:

| | |
|---|---|
| Christopher G. Lyster<br>Mark A. Haney<br>W. Kelly Puls<br>Puls Haney PLLC<br>301 Commerce Street<br>Suite 2900<br>Fort Worth, Texas 76102<br>*Counsel for Plaintiff* | _____ Via Hand Delivery<br>_____ Via Certified Mail Return Receipt Requested<br>_____ Via Facsimile<br>_____ Via Regular Mail<br>\_\_x\_\_ Via the Court's ECF System |
| Todd M. Hurd<br>Todd Hurd & Associates<br>P.O. Box 1741<br>Burleson, Texas 76097<br>*Counsel for Plaintiff* | _____ Via Hand Delivery<br>_____ Via Certified Mail Return Receipt Requested<br>_____ Via Facsimile<br>_____ Via Regular Mail<br>\_\_x\_\_ Via the Court's ECF System |

                                                  /s/ Darrell G. Adkerson
                                                DARRELL G. ADKERSON