

4:18-CV-268-P

## VERDICT FORMS

**Jury Question No. 1**

Did the negligence, if any, of the person named below proximately cause the occurrence in question?

Answer "Yes" or "No" for each of the following:

    a.    INTERSTATE EXPRESS, INC. /
           ROY LESTER DOUGLAS        YES

**Jury Question No. 2**

Answer Question No. 2 if you answered "Yes" for Question 1. Otherwise, do not answer Question 2.

What sum of money, if paid now in cash, would fairly and reasonably compensate the Plaintiff Alfonso Parra for his injuries, if any, that resulted from the occurrence in question?

Consider the elements of damages listed below and none other. Consider each element separately. Do not award any sum of money on any element if you have otherwise, under some other element, awarded a sum of money for the same loss. That is, do not compensate twice for the same loss, if any. Do not include interest on any amount of damages you find.

Do not include any amount for any condition *not resulting* from the occurrence in question.

Do not include any amount for any condition *that existed prior* to the occurrence in question.

Do not include any amount for any condition *arising after* the occurrence in question.

Do not include any amount for any condition resulting from the failure, if any of Alfonso Parra to have acted as a person of ordinary prudence would have done under the same or similar circumstances in caring for and treating the injuries, if any, that resulting from the occurrence in question.

7

Answer separately, in dollars and cents, for damages, if any. Do not reduce the amounts, if any, in your answers because of the negligence, if any, of Alfonso Parra. Any recovery will be determined by the Court when it applies the law to your answers at the time of judgment.

a. Medical expenses sustained in the past.

Answer: $ 27,475.51

b. Medical expenses that, in all probability, will be sustained in the future.

Answer: $ 75,000.00

c. Loss of earning capacity sustained in the past.

Answer: $ 2,400.00

d. Loss of earning capacity sustained in the future.

Answer: $ 0

e. Physical impairment sustained in the past.

Answer: $ 34,000.00

f. Physical impairment sustained in the future.

Answer: $ 95,000.00

g. Physical pain and mental anguish sustained in the past.

Answer: $ 200,000.00

h. Physical pain and mental anguish sustained in the future.

Answer: $ 100,000.00

**Jury Question No. 3**

Answer Question 3 if you answered "Yes" for Question 1. Otherwise, do not answer Question 3.

What sum of money, if paid now in cash, would fairly and reasonably compensate Maria

8

Parra for injuries, if any, to her husband Alfonso Parra, that resulted from the occurrence in question?

Consider the elements of damages listed below and none other. Consider each element separately. Do not award any sum of money on any element if you have otherwise, under some other element, awarded a sum of money for the same loss. That is, do not compensate twice for the same loss, if any. Do not include interest on any amount of damages you find.

Do not include any amount for any condition *not resulting* from the occurrence in question.

Do not include any amount for any condition *that existed prior* to the occurrence in question.

Do not include any amount for any condition *arising after* the occurrence in question.

Answer separately, in dollars and cents, for damages, if any. Do not reduce the amounts, if any, in your answers because of the negligence, if any, of Alfonso Parra. Any recovery will be determined by the Court when it applies the law to your answers at the time of judgment.

    a.    Loss of household services sustained in the past. MP

           Answer: $ 10,000.00

    b.    Loss of household services that, in reasonable probability, Maria Parra will sustain in the future.

           Answer: $ 10,000.00

    c.    Loss of consortium sustained in the past.

           Answer: $ 100,000.00

    d.    Loss of consortium, that, in reasonable probability, Maria Parra will sustain in the future.

           Answer: $ 75,000.00

**VERDICT OF THE JURY**

We, the jury, have answered the foregoing questions in the manner indicated in this verdict form, and returned these answers into the Court as our verdict.

DATE 08/26/20

_____
JURY FOREPERSON